AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 11913220

for the

District of Columbia

**RECEIVED**

By USMS  District of Columbia District Court at 11:12 am, Jan 22, 2026

| | |
|---|---|
| United States of America | Case: 1:26-cr-00012 |
| v. | Assigned To: Judge Cobb, Jia M. |
| HENNOK WOLDU | Assign Date: 1/21/2026 |
| | Description: INDICTMENT (B) |
| _____ | |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HENNOK WOLDU

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. § 1704 - Unlawful Possession of Postal Service Key

Date:   01/21/2026

_____
*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/21/26 , and the person was arrested on *(date)* 2/5/26 at *(city and state)* Washington D.C. . |
| Date: 2/5/26 |

_____
*Arresting officer's signature*

Amardez FED
*Printed name and title*